

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Alma Rosa Galindo, Appellant

No. 06-13-00072-CV     v.

Thomas Snoddy, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2011-436-A). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we affirm the trial court's grant of summary judgment as to the claims of intentional infliction of emotional distress. We reverse the dismissal of Alma Rosa Galindo's claims that are based on fraud, Deceptive Trade Practices Act, and unfair debt collection practices, and remand the cause to the trial court for further proceedings consistent with this opinion.

We further order that the appellee, Thomas Snoddy, pay all costs of this appeal.

RENDERED NOVEMBER 22, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk